# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Brian Eckart, | ) Civil Action No.: 2:24-CV-06400-RMG |
| Plaintiff, | ) |
| v. | ) **NOTICE OF REQUEST FROM** |
| | ) **PROTECTION FROM COURT** |
| Ceren Ercanturk, Uber Technologies, Inc. and Rasier, LLC, | ) **APPEARANCE** |
| Defendants. | ) |

**TO THE HONORABLE RICHARD M. GERGEL:**

Pursuant to Local Rule 6.02 D.S.C., John A. "Jay" Jones, Esquire, Counsel for Uber Technologies, Inc. and Rasier, LLC, respectfully requests protection from trial or other appearance in the referenced matter from Monday, August 25, 2025 through Friday, September 5, 2025, due to family vacation.

Respectfully Submitted,

By: s/ *John A. "Jay" Jones*
John A. "Jay" Jones (Federal Bar No. 9479)
GALLIVAN, WHITE & BOYD, P.A.
40 Calhoun Street, Suite 315
Charleston, SC 29401
Telephone: (843) 735-7600
Fax: (843) 414-8070
jjones@gwblawfirm.com
*Attorneys for Uber Technologies, Inc. and Rasier, LLC*

May 21, 2025
Charleston, South Carolina