**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| BRIAN ECKART | ) | |
| | ) | C/A No.: 2:24-cv-06400-RMG |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **AMENDED SCHEDULING ORDER** |
| CEREN ERCANTURK | ) | |
| UBER TECHNOLOGIES, INC | ) | |
| RAISER, LLC | ) | |
| | ) | |
| Defendants. | ) | |

1. Rule 26(a)(1) Initial Disclosures: No later than **August 15, 2025**, the required initial disclosures under Fed. R. Civ. P. 26(a)(1) shall be made.

2. Mediation:  See separate Order.

3. Amendment of Pleadings: Motions to join other parties and amend the pleadings shall be filed no later than **August 30, 2025**.

4. Expert Witness Disclosure: The parties shall disclose expert witnesses as required by Fed.R.Civ.P. 26(a)(2) no later than the following dates:

    Plaintiff:      **August 30, 2025**
    Defendants:   **September 30, 2025**

5. Records Custodian Witnesses: Counsel shall file and serve affidavits of records custodian witnesses proposed to be presented by affidavit at trial no later than **October 10, 2025**, Objections to such affidavits must be made within fourteen (14) days after the service of the disclosure. (See Fed. R. Evid. 803(6), 902(11), or 902(12) and Local Civil Rule 16.02(D)(3))

6. Discovery: Discovery shall be completed no later than **October 24, 2025**. All discovery requests shall be served in time for the responses thereto to be served by this deadline. De bene esse depositions must be completed by discovery deadline. No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02.

7. Motions in Limine: Motions in limine must be filed no sooner than fifteen (15) days and no later than ten (10) days prior to the date certain set for jury selection and trial.

8. <u>Dispositive Motions and Daubert Motions:</u> All dispositive motions and Daubert motions shall be filed on or before **November 7, 2025**.

9. <u>Pretrial Disclosures:</u> No later than **twenty-one (21) business days prior to jury selection**, the parties shall file and exchange Fed. R. Civ. P. 26(a)(3) pretrial disclosures. Within fourteen (14) days thereafter, a party shall file and exchange Fed. R. Civ. P. 26(a)(3) objections, any objections to the use of a deposition designated by another party, and any deposition counter-designations under Fed. R. Civ. P. 32(a)(4).

10. <u>Pretrial Briefs:</u> Parties shall furnish the Court and serve pretrial **briefs five (5) business days prior to the date set for jury selection** (Local Civil Rule 26.05). Attorneys shall meet at least five (5) business days prior to the date set for submission of pretrial briefs for the purpose of exchanging and marking all exhibits. See Local Civil Rule 26.07.

11. <u>Trial:</u> This case is subject to being called for jury selection and/or trial on or after **January 1, 2026.**

The parties' attention is directed to the Special Instructions for Cases Before Judge Richard Mark Gergel available on the District Court's website at www.scd.uscourts.gov.

**NO FURTHER EXTENSIONS WILL BE GRANTED ABSENT A CONFERENCE WITH THE COURT.**

August 11, 2025                                                             s/ Richard Mark Gergel
CHARLESTON, South Carolina                                United States District Judge