**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| BRIAN ECKART | ) | |
| | ) | C/A No.: 2:24-cv-06400-RMG |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | **SECOND AMENDED CONSENT** |
| CEREN ERCANTURK | ) | **SCHEDULING ORDER** |
| UBER TECHNOLOGIES, INC | ) | |
| RAISER, LLC | ) | |
| | ) | |
| *Defendants.* | ) | |

    Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the following schedule is established for this case:

1. <u>Expert Witness Disclosure:</u> Defendant shall disclose expert witnesses as required by Fed.R.Civ.P. 26(a)(2) in the following manner:

   Disclosure of Expert Name, Address, and Subject Matter:

       No later than **September 30, 2025**

   Full Disclosure:

       No later than **October 31, 2025**

   Upon full disclosure, Defendants shall provide two available dates for the deposition of each expert disclosed.

2. <u>Records Custodian Witnesses:</u> Counsel shall file and serve affidavits of records custodian witnesses proposed to be presented by affidavit at trial no later than **October 10, 2025**, Objections to such affidavits must be made within fourteen (14) days after the service of the disclosure. (See Fed. R. Evid. 803(6), 902(11), or 902(12) and Local Civil Rule 16.02(D)(3))

3. <u>Discovery:</u> Discovery shall be completed no later than **November 30, 2025**. All discovery requests shall be served in time for the responses thereto to be served by this deadline. De bene esse depositions must be completed by discovery deadline. No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02.

4. <u>Motions in Limine:</u> Motions in limine must be filed no sooner than fifteen (15) days and no later than ten (10) days prior to the date certain set for jury selection and trial.

5. <u>Dispositive Motions and Daubert Motions:</u> All dispositive motions and Daubert motions shall be filed on or before **November 7, 2025**.

6. <u>Pretrial Disclosures:</u> No later than **twenty-one (21) business days prior to jury selection**, the parties shall file and exchange Fed. R. Civ. P. 26(a)(3) pretrial disclosures. Within fourteen (14) days thereafter, a party shall file and exchange Fed. R. Civ. P. 26(a)(3) objections, any objections to the use of a deposition designated by another party, and any deposition counter-designations under Fed. R. Civ. P. 32(a)(4).

7. <u>Pretrial Briefs:</u> Parties shall furnish the Court and serve pretrial **briefs five (5) business days prior to the date set for jury selection** (Local Civil Rule 26.05).

8. Exhibit Exchange: Attorneys shall meet at least five (5) business days prior to the date set for submission of pretrial briefs for the purpose of exchanging and marking all exhibits. See Local Civil Rule 26.07.

9. <u>Trial:</u> This case is subject to being called for jury selection and/or trial on or after **January 1, 2026**.

September __, 2025                                s/_____
CHARLESTON, South Carolina                        United States District Judge