# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Brian Eckart**,** <br><br>　　　　　Plaintiff, <br><br>v. <br><br>Ceren Ercanturk, Uber Technologies, Inc., and Rasier, LLC**,** <br><br>　　　　　Defendants. | Civil Action No.: 2:24-CV-06400-RMG <br><br> **STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS UBER TECHNOLOGIES, INC. AND RASIER, LLC** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereto, by and through their undersigned attorneys, hereby stipulate and agree that all claims asserted by Plaintiff against Defendants Uber Technologies, Inc. and Raiser, LLC are hereby dismissed without prejudice. No claims contained in the pleadings on file against Defendant Ceren Ercanturk are dismissed or in any way affected hereby. As to the claims against Defendants Uber Technologies, Inc. and Rasier, LLC, the parties hereto agree to bear their own costs and expenses associated with this action.

**WE SO CONSENT:**

*s/James G. Biggart, II*
James G. Biggart II (Federal Bar No. 14195)
Cooper Klaasmeyer (Federal Bar No. 14272)
Morgan & Morgan, P.A.
4401 Belle Oaks Drive, Suite 300
North Charleston, SC 29405
jbiggart@forthepeople.com
cooper.klaasmeyer@forthepeople.com
(843) 973-5186

***Counsel for Plaintiff***

*s/ John A. "Jay" Jones*
John A. "Jay" Jones (Federal Bar No. 9479)
Gallivan, White & Boyd, P.A.
40 Calhoun Street, Suite 315
Charleston, SC 29401
jjones@gwblawfirm.com
(843) 735-7600

***Counsel for Defendants Uber Technologies, Inc. and Rasier, LLC***

(additional consent signature on following page)

<u>s/D. Summers Clarke, II</u>
D. Summers Clarke, II (Federal Bar No. 10348)
D. Foster Moe (Federal Bar No. 14353)
Luzuriaga Mims, LLP
1156 King Street
Charleston, SC 29403
sclarke@lmlawllp.com
dmoe@lmlawllp.com
(843) 410-4713

**Counsel for Defendant Ceren Ercanturk**

September 26, 2025