UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| BRIAN ECKART, ) | Civil Action No: 2:24-cv-06400-RMG |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **DEFENDANT CEREN ERCANTURK'S** |
| ) | **RULE 26(a)(2) DISCLOSURES** |
| CEREN ERCANTURK, RAISER, LLC, ) | |
| and UBER TECHNOLOGIES, INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |

Defendant, Ceren Ercanturk, by and through her undersigned counsel, hereby submits her expert disclosures as required by Fed. R. Civ. P. 26(a), the Court's Case Management and Amended Scheduling Order, and Fed. R. Civ. P. 6(a)(1)(B). Defendant discloses the following expert witnesses who are expected to be called to offer opinions and testify at trial:

**Charles G. Shissias, MD**
**Coastal Impatient Physicians, LLC**
**9330 Medical Plaza Dr.,**
**Charleston, South Carolina 29406**

Dr. Charles G. Shissias, MD is Board Certified in Neurology and Psychiatry by the American Board of Psychiatry and Neurology. He is expected to testify regarding his professional knowledge and evaluation of the medical records and treatment of the neurological and psychiatric issues allegedly suffered by Plaintiff and whether future care is necessary. His opinions are based upon his education, training, experience, review of case materials, and reports that have been or may be provided by experts designated by any party in this case to the extent he is qualified to give an opinion. At trial, Dr. Shissias will also provide rebuttal testimony concerning any opinions expressed by Plaintiff, Plaintiff's experts, and treating medical providers on issues within his expertise.

Dr. Shissias' report with the contents required by Fed. R. Civ. P. 26(a)(2)(B) was provided to Plaintiff's counsel on October 31, 2025. Defendant reserves the right to supplement this answer as it becomes necessary at any point throughout the remainder of this lawsuit up to and including the date of trial.

**Dr. Kamran Z. Koranloo, MD**
**Lake Carolina Pain and Spine Center**
**1821 Clemson Road #2**
**Columbia, South Carolina 29229**

Dr. Kamran Z. Koranloo is Board Certified in Anesthesiology and Pain Medicine by the American Board of Anesthesiology. He is expected to testify regarding his professional knowledge and evaluation of the treatment of the spinal injuries allegedly sustained by Plaintiff. His opinions are based upon his education, training, experience, review of case materials, and reports that have been or may be provided by experts designated by any party in this case to the extent he is qualified to give an opinion. At trial, Dr. Koranloo will also provide rebuttal testimony concerning any opinions expressed by Plaintiff, Plaintiff's experts, and treating medical providers on issues within his expertise.

Dr. Koranloo report with the contents required by Fed. R. Civ. P. 26(a)(2)(B) was provided to Plaintiff's counsel on October 31, 2025. Defendant reserves the right to supplement this answer as it becomes necessary at any point throughout the remainder of this lawsuit up to and including the date of trial.

**Elizabeth Ramos, RN, BSN, MHS, CCM, CNLCP, CPHM, MSCC, D/ABDA**
**11024 Montgomery Blvd, NE #191**
**Albuquerque, NM 87111**

Elizabeth Ramos, RN, BSN, MHS, CCM, CNLCP, CPHM, MSCC, D/ABDA is a Certified Life Care Planner and may testify about various topics, including but not limited to, Plaintiff's alleged injuries and conditions, treatments, bills, future care, impairment ratings, and purported disabilities and limitations. She may be offered to refute the substance and costs of the life care plan presented by Plaintiff's expert, Paul K. White. Her opinions are based upon her education, training, employment experience, clinical experience, review of case materials, Plaintiff's medical records, and reports from other identified experts of either party. At trial, Elizabeth Ramos will also provide rebuttal testimony concerning any opinions expressed by Plaintiff, Plaintiff's experts, and treating medical providers on issues within her expertise. Elizabeth Ramos' fee schedule is being provided along with a list of all other cases in which, during the previous four (4) years, she testified as an expert at trial or by deposition.

Ms. Ramos' report with the contents required by Fed. R. Civ. P. 26(a)(2)(B) was provided to Plaintiff's counsel on October 31, 2025. Defendant reserves the right to supplement this answer as it becomes necessary at any point throughout the remainder of this lawsuit up to and including the date of trial.

**This disclosure is being made while discovery is ongoing, and Defendant reserves the right to supplement this disclosure and identify additional experts and serve supplemental expert reports as permitted by Rule 26(a)(2) and 26(c). Further, Defendant reserves the right to elicit expert testimony from any other fact and/or expert witness named by any party and/or otherwise identified in discovery on issues for which the witness is qualified to render an expert opinion and to rebut any expert testimony made on behalf of Plaintiff pursuant to**

**Rule 26(a)(2)(C). This includes, but is not limited to, testimony from individuals named as experts by other parties or treating physicians and medical care providers to this case. Defendant further reserves the right to supplement this disclosure later should the case develop in such a way to warrant additional expert testimony on Defendant's behalf.**

**The following individuals and entities include, but are not limited to, officials of hospitals, medical care providers, and/or first responders not specifically retained or employed by Defendant and who are expected to testify regarding their observations. These individuals and entities may provide information or testimony regarding the injuries sustained by Plaintiff, the treatment for said injuries, the cause of said injuries, the damages from said injuries, and the reasonable and customary cost of treatment for said injuries:**

1. Charleston County EMS
2. Hailey Sweatman, EMT (Charleston County EMS)
3. Kelsie-Blake Weeks, EMT (Charleston County EMS)
4. Ralph H. Johnson Charleston VA Medical Center
5. Blue Mountain Chiropractic Center
6. Michael Hogan, DC (Blue Mountain Chiropractic Center)
7. Mountain Medical Associates
8. Jay W. Grosse, MD (Mountain Medical Associates)
9. Mission Neurology – Outpatient
10. Roy King, DO (Mission Neurology)
11. American Health Imaging of Mt. Pleasant
12. David Owens, MD (American Health Imaging of Mt. Pleasant)
13. Premier Pain Solutions
14. Javid Baksh, DO (Premier Pain Solutions)
15. Celeste Brain Health
16. Kelly Gill, PA-C (Celeste Brain Health)
17. Sumul Modi, MD (Celeste Brain Health)
18. Benchmark Physical Therapy
19. Fletcher Woodward, PT (Benchmark Physical Therapy)
20. Open MRI & Imaging of Asheville
21. Michael Chester, MD (Open MRI & Imaging of Asheville)
22. Safeway Psychological Services
23. Carolina Orthopaedic and Neurosurgical Associates
24. Universal Neurological Care
25. Syed Asad, MD (Universal Neurological Care)
26. Charles George VA Medical Center

*Signature to follow*

Luzuriaga Mims, LLP

*s/D. Summers Clarke, II*
D. Summers Clarke, II (Fed. Bar No. 10348)
D. Foster Moe, Esq. (Fed. Bar No. 14353)
1156 King Street
Charleston, SC 29403
(843) 410-4713
sclarke@lmlawllp.com
dmoe@lmlawllp.com
***Counsel for Defendant Ceren Ercanturk***

Date: October 31, 2025
Charleston, South Carolina