# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| BRIAN ECKART, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CEREN ERCANTURK, RAISER, LLC, )<br>and UBER TECHNOLOGIES, INC. )<br>)<br>Defendants. )<br>) | Civil Action No: 2:24-cv-06400-RMG |

## JOINT STATUS REPORT

Pursuant to The Honorable Judge Gergel's Order dated December 4, 2025, the parties hereby respectfully submit a Joint Status Report setting forth their recommendations for further proceedings in this case:

On December 5, 2025, the parties met with mediator, Amy Gaffney. The mediation was productive, and the parties are continuing settlement discussions.

The following depositions are scheduled in the coming months. Paul White M.D, is scheduled to be deposed on January 12, 2026. Elizabeth Ramos, Dr. Syed Asad, Dr. Charles G. Shissias, and Dr. Kamran Z. Koranloo are anticipated to be deposed in late January and dates are currently being circulated.

This case is subject to being called for jury selection and/or trial on or after February 1, 2026.

[SIGNATURES ON FOLLOWING PAGE]

By: *s/ Cooper Klaasmeyer*
JAMES G. BIGGART II, ESQ.
COOPER KLAASMEYER, ESQ.
4401 Belle Oaks Drive, Suite 300
North Charleston, SC, 29405
Telephone: (843) 973- 5186
Fax: (843) 947- 6113
jbiggart@forthepeople.com
cooper.klaasmeyer@forthepeople.com
swright@forthepeople.com
*Attorneys for the Plaintiff*

By: *s/ D. Summers Clarke*
D. Summers Clarke, II, Esq.
D. Foster Moe, Esq.
LUZURIAGA MIMS, LLP
1156 King Street
Charleston, SC 29403
(843) 410-4713
sclarke@lmlawllp.com
fmoe@lmlawllp.com
*Attorneys for Defendant Ceren Ercanturk*