# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| BRIAN ECKART ) | |
| ) | C/A No.: 2:24-cv-06400-RMG |
| *Plaintiff,* ) | |
| ) | |
| v. ) | |
| ) | **NOTICE OF SETTLEMENT AND** |
| CEREN ERCANTURK ) | **REQUEST FOR RUBIN ORDER** |
| ) | |
| *Defendant.* ) | |

The parties have reached a proposed settlement and request that the Court enter its form Rubin Order to allow the parties to finalize their settlement agreement.

Respectfully Submitted,

| | |
|---|---|
| **MORGAN & MORGAN, P.A.** | Luzuriaga Mims, LLP |
| | |
| /s/*James G. Biggart II* | *s/D. Summers Clarke, II* |
| JAMES G. BIGGART II, ESQ. | D. Summers Clarke, II (Fed. Bar No. 10348) |
| Federal ID: 14195 | D. Foster Moe, Esq. (Fed. Bar No. 14353) |
| COOPER KLAASMEYER, ESQ. | 1156 King Street |
| Federal ID: 14272 | Charleston, SC 29403 |
| 4401 Belle Oaks Drive, Suite 300 | (843) 410-4713 |
| North Charleston, SC 29405 | sclarke@lmlawllp.com |
| Phone:(843) 947-6063 | dmoe@lmlawllp.com |
| Fax:(843) 947-6113 | **Counsel for Defendant Ceren Ercanturk** |
| **Attorneys for Plaintiff** | |

January 12, 2026
North Charleston, SC